# Third District Court of Appeal

## State of Florida

Opinion filed November 5, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0461
Lower Tribunal No. 17-16028-FC-04
_____

**Alejandro Quintas Vazquez,**
Appellant,

vs.

**Ailyn M. Rebaza Smith,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Marcia B. Caballero, Judge.

Alejandro Quintas Vazquez, in proper person.

Ailyn M. Rebaza Smith, in proper person.

Before EMAS, LOGUE, and LOBREE, JJ.

PER CURIAM.

Affirmed.